IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDWARD GANNON, III                                                                                    PLAINTIFF

vs.                                        CASE NO. **4:06CV1581GH**

DILLARD'S, INC.                                                                                      DEFENDANT

### **ORDER**

Plaintiff brings this action alleging that defendant discriminated against him on the basis of age. Defendant has filed a motion to dismiss contending that the case should be dismissed based on the agreement to arbitrate. Plaintiff agrees that the matter must proceed to arbitration pursuant to the agreement.

Accordingly, the motion to dismiss is granted and the case is hereby dismissed.

IT IS SO ORDERED this 16th day of January, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

-1-